IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              :
Cases Represented by Joseph P. Schalk               :
Esquire                                             :   Various Chapters and Case Numbers
                                                    :
Joseph P. Schalk, Esquire    and                    :
Jerome B. Blank, Esquire,                           :
                                                    :
                    Movants                         :
                                                    :
All Cases Identified in the Attached                :
Exhibit A                                           :

**<u>JOINT PETITION TO WITHDRAW THE APPEARANCE OF JOSEPH P. SCHALK, ESQUIRE AS COUNSEL AND SUBSTITUTE JEROME B. BLANK, ESQUIRE AS COUNSEL OF RECORD</u>**

    NOW COMES, Joseph P. Schalk, Esquire and Jerome B. Blank, Esquire and file this Joint Omnibus Petition and respectfully request that this Honorable Court allow the withdrawal of Joseph P. Schalk, Esquire as counsel from all cases listed on Exhibit "A" attached to this Motion and for the simultaneous substitution of Jerome B. Blank, Esquire as counsel of record. The Movants submit that the petition is appropriate considering the large number of cases involved, which would make individual motions impractical.

                                                      Respectfully submitted,

                                                      Joseph P. Schalk
                                                      (PA ID #91656)
                                                      1617 J.F.K. Boulevard, Suite 1400
                                                      Philadelphia, PA 19103
                                                      Telephone: (215) 563-7000
                                                      E-mail: joseph.schalk@phelanhallinan.com

                                                      Jerome B. Blank, Esquire
                                                      (PA ID #49736)
                                                      Phelan Hallinan Diamond & Jones, LLP
                                                      1617 J.F.K. Boulevard, Suite 1400
                                                      Philadelphia, PA 19103
                                                      Telephone: (215) 563-7000
                                                      E-mail: jerome.blank@phelanhallinan.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
Cases Represented by Joseph P. Schalk :
Esquire : Various Chapters and Case Numbers
 :
Joseph P. Schalk, Esquire :
and :
Jerome B. Blank, Esquire :
 :
    Movants :
 :
Re: :
All Cases Identified in the Attached :
Exhibit A :

## APPENDIX A

<u>Cases seeking substitution</u>:

09-05422
10-03588
10-08467
10-08577
11-01724
11-02653
11-02777
11-02910
11-03378
11-03640
11-03772
11-04600
11-04636
11-04716
11-04727
11-04728
11-04970
11-04984
11-05523
11-05609
11-05735
11-05792
11-05879
11-05897
11-05919
11-06243
11-06252
11-06549
11-06660
11-06873
11-06993
11-06997
11-07083
11-07096
11-07158
11-07208
11-07397
11-07722
11-07835
11-07902
11-08027
11-08028
11-08109
11-08179

11-08349
11-08494
11-08515
11-08573
12-00089
12-00210
12-00260
12-00317
12-00524
12-00535
12-00556
12-00681
12-00918
12-01085
12-01106
12-01315
12-01338
12-01371
12-01600
12-01679
12-01773
12-01957
12-01999
12-02179
12-02274
12-02488
12-02489
12-02545
12-02648
12-03112
12-03261
12-03316
12-03467
12-03472
12-03593
12-03697
12-03874
12-03877
12-03983
12-04145
12-04175
12-04418
12-06835
12-06884

12-06958
12-06987
12-07000
12-07082
12-07111
12-07186
12-07275
12-07305
12-07307
13-00176
13-00183
13-00285
13-00302
13-00411
13-00482
13-00502
13-00505
13-00524
13-00594
13-00601
13-00608
13-00697
13-00941
13-01061
13-01112
13-01392
13-01646
13-01744
13-01821
13-01874
13-01974
13-02033
13-02118
13-02382
13-02453
13-02565
13-02671
13-02700
13-02772
13-02979
13-03108
13-03362
13-03481
13-03577

13-03742
13-03992
13-04012
13-04025
13-04105
13-04184
13-04253
13-04352
13-04383
13-04452
13-04524
13-04632
13-04693
13-04971
13-05093
13-05138
13-05189
13-05203
13-05223
13-05239
13-05325
13-05479
13-05525
13-05673
13-05707
13-05809
13-05844
13-05871
13-05971
13-06040
13-06132
13-06146
13-06180
13-06230
13-06493
13-06585
13-06614
14-00056
14-00221
14-00256
14-00332
14-00379
14-00501
14-00525

14-00620
14-00623
14-00696
14-00961
14-01023
14-01086
14-01278
14-01301
14-01412
14-01947
14-01950
14-02043
14-02049
14-02180
14-02287
14-02424
14-02460
14-02552
14-02592
14-02600
14-02681
14-02693
14-02768
14-02856
14-02857
14-02894
14-02933
14-03008
14-03009
14-03031
14-03065
14-03167
14-03186
14-03198
14-03257
14-03260
14-03345
14-04589
14-04657
14-04668
14-04859
14-04975
14-04982
14-05033

14-05131
14-05157
14-05207
14-05210
14-05291
14-05425
14-05454
14-05529
14-05606
14-05635
14-05694
14-05799
14-05935
14-05982
15-00012
15-00406
15-00454
15-00483
15-00656
15-00689
15-00825
15-00954
15-00964
15-01249
15-01375
15-01399
15-01424
15-01447
15-01457
15-01471
15-01584
15-01678
15-01681
15-01699
15-01794
15-01801
15-01875
15-01879
15-02064
15-02222
15-02275
15-02319
15-02327
15-02358

15-02370
15-02378
15-02431
15-02442
15-02461
15-02605
15-02675
15-02849
15-02853
15-02900
15-02908
15-02935
15-02943
15-02975
15-02976
15-03134
15-03219
15-03296
15-03359
15-03400
15-03441
15-03741
15-03759
15-03773
15-03790
15-03857
15-03883
15-04000
15-04122
15-04235
15-04294
15-04305
15-04308
15-04373
15-04431
15-04442
15-05071
15-05093
15-05211
15-05218
15-05247
15-05259
15-05268
15-05304

15-05392
15-05452
16-00023
16-00045
16-00046
16-00069
16-00162
16-00184
16-00220
16-00225
16-00306
16-02728
16-02792
16-03248
16-03258
16-03360
16-03385
16-03450