## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Edward C Suitt, III and Deborah J Suitt
       Debtor(s)

BKY. NO. 13-06230 MDF

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR  THE CERTIFICATEHOLDERS OF THE CWABS, C., ASSET-BACKED CERTIFICATES  SERIES 2005-17, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0255

Respectfully submitted,


**/s/ Thomas Puleo**
Thomas Puleo, Esquire
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406
Attorney for Movant/Applicant