```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                            Case No. 13-06230-RNO
Edward C Suitt, III                                               Chapter 13
Deborah J Suitt
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1       User: PRatchfor              Page 1 of 1           Date Rcvd: Aug 24, 2017
                           Form ID: trc                 Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4591470          Green Tree Servicing LLC,   P.O. Box 6154,   Rapid City, SD 57709-6154,
                   Telephone number: 888-298-7785,   Green Tree Servicing LLC,   P.O. Box 6154
                                                                                TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
              Celine P DerKrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Jerome B Blank    on behalf of Creditor    The Bank of New York mellon fka The Bank of New York as
               Trustee for The Certificateholders of The Cwabs, Inc., Asset-Bakced Certificates, Series 2005-17
               pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    The Bank of New York mellon fka The Bank of New York
               as Trustee for The Certificateholders of The Cwabs, Inc., Asset-Bakced Certificates, Series
               2005-17 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Wayne G Gracey    on behalf of Joint Debtor Deborah J Suitt wayneglegal@gmail.com,
               wayneg523@gmail.com
              Wayne G Gracey    on behalf of Debtor Edward C Suitt, III wayneglegal@gmail.com,
               wayneg523@gmail.com
                                                                                             TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:13-bk-06230-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Edward C Suitt, III
103 Broad Street
Delta PA 17314

Deborah J Suitt
103 Broad Street
Delta PA 17314

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/23/2017.

Name and Address of Alleged Transferor(s):

Claim No. 3: Green Tree Servicing LLC, P.O. Box 6154, Rapid City, SD 57709-6154,
Telephone number: 888-298-7785, Green Tree Servicing LLC, P.O. Box 6154

Name and Address of Transferee:

The Bank of New York Mellon as Trustee
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115
The Bank of New York Mellon as Trustee
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/26/17

Terrence S. Miller
**CLERK OF THE COURT**