```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 13-06230-HWV
Edward C Suitt, III                                             Chapter 13
Deborah J Suitt
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: MMchugh              Page 1 of 2        Date Rcvd: Apr 17, 2019
                               Form ID: fnldecnd          Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db/jdb         +Edward C Suitt, III,    Deborah J Suitt,    103 Broad Street,    Delta, PA 17314-8115
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
4583681        +BAC Home Loans Servicing LP,    1800 Tapo Canyon Road,    Mail Stop #SV-103,
                 Simi Valley, CA 93063-6712
4480478        +BANK OF AMERICA, N.A.,    ATTN: BANKRUPTCY DEPT.,    MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
                 SIMI VALLEY, CA 93065-6414
4418300        +Bank of America,    P.O. Box 5170,    Simi Valley, CA 93062-5170
4418304       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:    Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
4418303        +Central Credit/Penn Cr,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
4418305        +First Federal Credit C,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
4418308        +R & R Prfssnl Recovery,    1500 Reierstown Rd,    Pikesville, MD 21208-4339
4960560        +The Bank of New York Mellon as Trustee,     Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
4960561        +The Bank of New York Mellon as Trustee,     Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84115,    The Bank of New York Mellon as Trustee,
                 84119-3284
4418310        +Universal Collction Sv,    5707 Calverton St Ste 2a,    Baltimore, MD 21228-1772

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Apr 17 2019 19:06:56      Ditech Financial LLC,
                 PO BOX 0049,    Palatine, IL 60078
cr              E-mail/Text: bankruptcy.bnc@ditech.com Apr 17 2019 19:06:56      Green Tree Servicing LLC,
                 PO Box 6154,    Rapid City, SD   57709-6154
4418301        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Apr 17 2019 19:07:26       Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
4418302        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2019 19:18:55       Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
4591469         E-mail/Text: bankruptcy.bnc@ditech.com Apr 17 2019 19:06:56      Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
4418306        +E-mail/Text: bankruptcy.bnc@ditech.com Apr 17 2019 19:06:56      Green Tree Servicing L,
                 Po Box 6172,    Rapid City, SD 57709-6172
4445238        +E-mail/Text: bankruptcy.bnc@ditech.com Apr 17 2019 19:06:56      Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
4418307        +E-mail/Text: Bankruptcies@nragroup.com Apr 17 2019 19:07:25      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
4418309        +E-mail/Text: colleen.atkinson@rmscollect.com Apr 17 2019 19:07:23       Receivable Management,
                 Pob 17305,    Richmond, VA 23226-7305
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4591470          Green Tree Servicing LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154,
                 Telephone number: 888-298-7785,    Green Tree Servicing LLC,    P.O. Box 6154
cr             ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                              TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                         Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:

    Celine P DerKrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC ecfmail@mwc-law.com

    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com

    James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-17 bkgroup@kmllawgroup.com

    Jerome B Blank    on behalf of Creditor    The Bank of New York mellon fka The Bank of New York as Trustee for The Certificateholders of The Cwabs, Inc., Asset-Bakced Certificates, Series 2005-17 pamb@fedphe.com

    Joshua I Goldman    on behalf of Creditor    The Bank of New York mellon fka The Bank of New York as Trustee for The Certificateholders of The Cwabs, Inc., Asset-Bakced Certificates, Series 2005-17 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

    Mario John Hanyon    on behalf of Creditor    The Bank Of New York Mellon As Trustee et al pamb@fedphe.com

    Thomas Song    on behalf of Creditor    The Bank Of New York Mellon As Trustee et al pamb@fedphe.com

    Thomas Song    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-17 pamb@fedphe.com

    Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

    Wayne G Gracey    on behalf of Debtor 2 Deborah J Suitt wayneglegal@gmail.com, june@beaconlawyer.com

    Wayne G Gracey    on behalf of Debtor 1 Edward C Suitt, III wayneglegal@gmail.com, june@beaconlawyer.com

                                                               TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Edward C Suitt III,<br>**Debtor 1** | Chapter  13 |
| Deborah J Suitt,<br>**Debtor 2** | Case No.  1:13–bk–06230–HWV |

Social Security No.:
    xxx–xx–0387    xxx–xx–1170

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Edward C Suitt III and Deborah J Suitt** in accordance with §1328 of the Bankruptcy Code.

Dated:  April 17, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

**fnldec** (05/18)