Certificate Number: 03621-PAM-DE-032736118

Bankruptcy Case Number: 13-06230


03621-PAM-DE-032736118

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 28, 2019, at 6:15 o'clock PM EDT, Edward C Suitt completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 28, 2019

By: /s/Damaris Soto

Name: Damaris Soto

Title: Credit Counselor