Certificate Number: 03621-PAM-DE-032736119

Bankruptcy Case Number: 13-06230



03621-PAM-DE-032736119

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 28, 2019</u>, at <u>9:25</u> o'clock <u>PM EDT</u>, <u>Deborah J Suitt</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 28, 2019</u>

By: <u>/s/Damaris Soto</u>

Name: <u>Damaris Soto</u>

Title: <u>Credit Counselor</u>