

2019 APR 30 PM 12:01

U.S. BANKRUPTCY COURT

Wednesday, April 24, 2019

Edward and Deborah Suitt
103 Broad Street
Delta, Pa. 17314

Case #1:13-bk-06230-HWV

Judge Henry W. Van Eck
228 Walnut Street, Room #320
Harrisburg, Pa. 17101

Dear Judge Henry W. Van Eck:

We are writing regarding case #1:13-bk-06230-HWV.

We would like to request to have the above case re opened for discharge due to lack of legal representation. Deborah and I received notice on Saturday, April 20, 2019 that our case was being dismissed / closed without discharge. Sir, when we filed for Chapter 13 in Dec. 2012, we requested the services of Wayne Gracey to represent and file all necessary paperwork regarding our bankruptcy. Mr. Gracey was paid up front and in full for his services to represent us for the entire bankruptcy procedure. Since December 2018, after numerous failed attempts to contact Wayne Gracey about completing the bankruptcy agreement; we were left un sure what to do or how to go about having our case discharged. We have no recent contact information for Mr. Gracey; the address and phone number we have are no longer serviced and any contact information we have been able to find online is also out of date or out of service.

I / Ed Suitt contacted Middle District Court by the 8?? phone number on 23 April 2019; where I was assisted in looking up our case information. I was told our case was being dismissed due to not completing the Certification of Financial Management Agreement (Form B 423).

We would like to have the included forms reviewed and our case re opened to be discharged. We would also ask due to no fault of ours, that case re opening fees be waived due to our legal representation (already paid in full) and not being present through our entire bankruptcy procedures.

Sincerely,

Edward C Suitt, III

*(signature)*

Deborah J Suitt

*(signature)*