```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                             Case No. 13-06230-HWV
Edward C Suitt, III                                                Chapter 13
Deborah J Suitt
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: PRatchfor              Page 1 of 2              Date Rcvd: May 01, 2019
                              Form ID: 3180W               Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
```
db/jdb         +Edward C Suitt, III,    Deborah J Suitt,    103 Broad Street,    Delta, PA 17314-8115
4418303        +Central Credit/Penn Cr,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
4418305        +First Federal Credit C,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
4418308        +R & R Prfssnl Recovery,    1500 Reierstown Rd,    Pikesville, MD 21208-4339
4960560        +The Bank of New York Mellon as Trustee,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
4960561        +The Bank of New York Mellon as Trustee,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84115,    The Bank of New York Mellon as Trustee,
                 84119-3284
4418310        +Universal Collction Sv,    5707 Calverton St Ste 2a,    Baltimore, MD 21228-1772
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: BANKAMER.COM May 01 2019 23:33:00      BANK OF AMERICA, N.A.,    2380 Performance Dr.,
                 Richardson, TX 75082-4333
cr             +E-mail/Text: bankruptcy.bnc@ditech.com May 01 2019 19:48:03      Ditech Financial LLC,
                 PO BOX 0049,    Palatine, IL 60078
cr              E-mail/Text: bankruptcy.bnc@ditech.com May 01 2019 19:48:03      Green Tree Servicing LLC,
                 PO Box 6154,    Rapid City, SD  57709-6154
4583681        +EDI: BANKAMER.COM May 01 2019 23:33:00      BAC Home Loans Servicing LP,    1800 Tapo Canyon Road,
                 Mail Stop #SV-103,    Simi Valley, CA 93063-6712
4480478        +EDI: BANKAMER.COM May 01 2019 23:33:00      BANK OF AMERICA, N.A.,    ATTN: BANKRUPTCY DEPT.,
                 MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,    SIMI VALLEY, CA 93065-6414
4418300        +EDI: BANKAMER.COM May 01 2019 23:33:00      Bank of America,    P.O. Box 5170,
                 Simi Valley, CA 93062-5170
4418301        +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 01 2019 19:48:43      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
4418304         EDI: CITICORP.COM May 01 2019 23:33:00      Citibank Usa,
                 Citicorp Credit Services/Attn:Centralize,    Po Box 20507,    Kansas City, MO 64195
4418302        +EDI: CAPITALONE.COM May 01 2019 23:33:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
4591469         E-mail/Text: bankruptcy.bnc@ditech.com May 01 2019 19:48:03      Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
4418306        +E-mail/Text: bankruptcy.bnc@ditech.com May 01 2019 19:48:03      Green Tree Servicing L,
                 Po Box 6172,    Rapid City, SD 57709-6172
4445238        +E-mail/Text: bankruptcy.bnc@ditech.com May 01 2019 19:48:03      Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
4418307        +E-mail/Text: Bankruptcies@nragroup.com May 01 2019 19:48:42      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
4418309        +E-mail/Text: colleen.atkinson@rmscollect.com May 01 2019 19:48:41      Receivable Management,
                 Pob 17305,    Richmond, VA 23226-7305
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4591470         Green Tree Servicing LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154,
                 Telephone number: 888-298-7785,    Green Tree Servicing LLC,    P.O. Box 6154
cr            ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                              Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:

    Celine P DerKrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC ecfmail@mwc-law.com
    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
    James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-17 bkgroup@kmllawgroup.com
    Jerome B Blank    on behalf of Creditor    The Bank of New York mellon fka The Bank of New York as Trustee for The Certificateholders of The Cwabs, Inc., Asset-Bakced Certificates, Series 2005-17 pamb@fedphe.com
    Joshua I Goldman    on behalf of Creditor    The Bank of New York mellon fka The Bank of New York as Trustee for The Certificateholders of The Cwabs, Inc., Asset-Bakced Certificates, Series 2005-17 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    Mario John Hanyon    on behalf of Creditor    The Bank Of New York Mellon As Trustee et al pamb@fedphe.com
    Thomas Song    on behalf of Creditor    The Bank Of New York Mellon As Trustee et al pamb@fedphe.com
    Thomas Song    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-17 pamb@fedphe.com
    Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
    Wayne G Gracey    on behalf of Debtor 2 Deborah J Suitt wayneglegal@gmail.com, june@beaconlawyer.com
    Wayne G Gracey    on behalf of Debtor 1 Edward C Suitt, III wayneglegal@gmail.com, june@beaconlawyer.com

                                                                                            TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Edward C Suitt III** | Social Security number or ITIN  **xxx–xx–0387** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Deborah J Suitt** | Social Security number or ITIN  **xxx–xx–1170** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **1:13–bk–06230–HWV** | | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Edward C Suitt III                                          Deborah J Suitt

                                                               **By the court:**  *(signature)*

   5/1/19                                                      Honorable Henry W. Van Eck
                                                               United States Bankruptcy Judge

                                                               By: PRatchford, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**