```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 13-06230-HWV
Edward C Suitt, III                                                 Chapter 13
Deborah J Suitt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRatchfor          Page 1 of 1          Date Rcvd: May 01, 2019
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db/jdb         +Edward C Suitt, III,    Deborah J Suitt,    103 Broad Street,   Delta, PA 17314-8115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              Celine P DerKrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc.
               Asset-Backed Certificates, Series 2005-17 bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    The Bank of New York mellon fka The Bank of New York as
               Trustee for The Certificateholders of The Cwabs, Inc., Asset-Bakced Certificates, Series 2005-17
               pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    The Bank of New York mellon fka The Bank of New York
               as Trustee for The Certificateholders of The Cwabs, Inc., Asset-Bakced Certificates, Series
               2005-17 bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    The Bank Of New York Mellon As Trustee et al
               pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    The Bank Of New York Mellon As Trustee et al
               pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc.
               Asset-Backed Certificates, Series 2005-17 pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              Wayne G Gracey    on behalf of Debtor 2 Deborah J Suitt wayneglegal@gmail.com,
               june@beaconlawyer.com
              Wayne G Gracey    on behalf of Debtor 1 Edward C Suitt, III wayneglegal@gmail.com,
               june@beaconlawyer.com
                                                                                               TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
Edward C. Suitt, III and : Case No: 1:13-bk-06230-HWV
Deborah J. Suitt :
    Debtors : Chapter 13

## ORDER

Upon consideration of Debtors' Motion to Reopen (the "Motion") it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is reopened to allow Debtors to file Certificates of Financial Management and Certifications Regarding Domestic Support Obligations and 11 U.S.C. § 522(q) so that Debtors can obtain a discharge in this case; and it is further

**ORDERED** that the filing fee associated with the Motion are hereby waived.

Dated: May 1, 2019

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (LS)